UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL BRINKER, et al.,

    Plaintiffs,

vs.                                Case No. 8:10-cv-1199-T-27AEP

CHICAGO TITLE INSURANCE CO., et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 38) on Defendants' amended motion to dismiss (Dkt. 25).[1] The Magistrate recommends that the motion be denied. Neither party has filed objections to the Report and Recommendation.

Upon careful consideration of the Report and Recommendation, along with an independent examination of the file, it is ORDERED that

(1) The Report and Recommendation (Dkt. 38) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) Defendants' amended motion to dismiss (Dkt. 25) is DENIED.

(3) Defendants shall answer the complaint within 21 days.

**DONE AND ORDERED** this 21st day of February, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record

---

[1] In briefing the motion to dismiss, the parties set forth their positions on whether federal subject matter jurisdiction should be declined pursuant to 28 U.S.C. § 1332(d)(3) or (4), as directed by the Court (Dkt. 22). This cause is currently at the pleadings stage. During the pendency of Defendants' amended motion to dismiss, discovery was limited to the seven named plaintiffs. It appears that the citizenship of all potential class members has not yet been identified. The Court is satisfied that subject matter jurisdiction should not be declined on the present undeveloped factual record.